[938 NE2d 1002, 912 NYS2d 568]

STATE OF NEW YORK et al., Plaintiffs, v PHILIP MORRIS INCORPORATED et al., Respondents, and DOSAL TOBACCO CORPORATION et al., Appellants, et al., Defendants.

Argued October 19, 2010; decided November 17, 2010

**APPEARANCES OF COUNSEL**

*Troutman Sanders LLP* (*William H. Hurd*, of the Virginia bar, admitted pro hac vice, and *Ashley L. Taylor, Jr.*, of the Virginia bar, admitted pro hac vice, of counsel), *Law Offices of Lisa M. Solomon*, New York City (*Lisa M. Solomon* of counsel), *Fredericks Peebles & Morgan, LLP* (*Joseph V. Messineo*, of the

Arizona and Nebraska bars, admitted pro hac vice, of counsel), and *Jones Garneau LLP*, Scarsdale (*Michael K. Stanton, Jr.*, of counsel), for appellants.

*Kirkland & Ellis LLP* (*Stephen R. Patton*, of the Illinois bar, admitted pro hac vice, and *Douglas G. Smith*, of the Illinois bar, admitted pro hac vice, of counsel), *Winston & Strawn LLP*, New York City (*Alexander Shaknes* of counsel), *Kirkland & Ellis LLP* (*Peter A. Bellacosa* and *Mark A. Rasmussen* of counsel), *Howrey LLP* (*Robert J. Brookhiser*, of the District of Columbia bar, admitted pro hac vice, and *Elizabeth B. McCallum* of counsel), *Leader & Berkon LLP*, New York City (*Joshua K. Leader* of counsel), *Greenberg Traurig, LLP* (*Irving Scher* and *Jeffrey B. Sklaroff* of counsel), and *Paul B. Garland*, New York City, for respondents.

### OPINION OF THE COURT

Appeal dismissed, without costs. As the nonparticipating tobacco manufacturers are not required by Supreme Court's order to arbitrate and will not be bound by the arbitration, they are not aggrieved.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.